# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ID28 | E2000946 | TSgt, Richard Sarmiento | S7089 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 12/09/2024 / 9309
Offense Charged: ☐ CFR ☑ USC ☑ State Code
18 USC-13
18-918(3)(b)

Place of Offense: 8842 A. Fox-hunt LP. Mountain Home AFB ID 83648

Offense Description: Factual Basis for Charge

Domestic violence.

HAZMAT ☐

**DEFENDANT INFORMATION**

Phone: (209) 851-5369

Last Name: Renberg
First Name: Zuleima
M.I.:

Street Address: 8842 A Foxhunt LP
City: Mountain Home AFB
State: ID
Zip Code: 83648
Date of Birth (mm/dd/yyyy): 05/19/1996

Drivers License No.: R516-980-96-679-0
CDL ☐
D.L. State: FL
Social Security No.: 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

☑ Adult ☐ Juvenile  Sex ☐ Male ☑ Female
Hair: BLK  Eyes: Brn  Height: 64"  Weight: 165

**VEHICLE** VIN: —  CMV ☐
Tag No.: —  State: —  Year: —  Make/Model: —  PASS ☐  Color: —

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S Courthouse/Federal Bldg, 5th floor, 550 West Fort St. Boise ID 83702

Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Zuleima Riley

Original - CVB Copy

*E2000946*

CVB SCAN 04/16/2025 16:3